**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Michael Holes, | Civ. No. 19-72 (NEB/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Capital One Bank (USA), N.A., | |
| Defendant. | |

---

This matter is before the Court on the parties' Stipulation for Extension of Time (Doc. No. 5).

IT IS HEREBY ORDERED that Defendant Capital One Bank (USA), N.A., is granted an extension of time until **February 7, 2019**, to answer or otherwise respond to the Summons and Complaint in the above-entitled matter.

Dated:  January 14, 2019          *s/ Becky R. Thorson*
                                  BECKY R. THORSON
                                  United States Magistrate Judge